R. James Long, Respondent, v Sage Estate Homeowners Association, Inc., et al., Appellants. (And a Third-Party Action.)

Submitted May 16, 2005; decided June 30, 2005

Motion for leave to appeal by Sage Estate Homeowners Association, Inc. dismissed upon the ground that as to that appellant the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion by Gary L. Greenhouse, insofar as it seeks leave to appeal as against R. James Long and Citadel Homes, Inc., dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion by Gary L. Greenhouse, insofar as it seeks leave to appeal as against Faddegon's Nursery, Inc., St. Joan of Arc Church and the Roman Catholic Diocese of Albany, denied.

In the Matter of Michael McKown, Respondent, v Anita Barnes, Also Known as Anita VanCoppenolle, Appellant.

Matthew L. VanCoppenolle, Respondent, v Anita VanCoppenolle, Also Known as Anita Barnes, Appellant.

Submitted May 31, 2005; decided June 30, 2005

Motion for reargument of motions for leave to appeal denied [see 4 NY3d 818]. Motion for poor person relief dismissed as academic.

Tatia Morsette, Appellant, v "The Final Call," Respondent.

Submitted June 27, 2005; decided June 30, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that appellant is not a party aggrieved (see Whitfield v City of New York, 90 NY2d 777, 780 n [1997]).